IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Case No. 1:21-cv-572 (RC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## JOINT STATUS REPORT

This is a Freedom of Information Act case. *See* Compl. ¶ 1, ECF No. 1. Ten requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.*

Consistent with the Court's November 23, 2021 Minute Order, the Parties—Plaintiff Citizens for Responsibility and Ethics in Washington and Defendants U.S. Department of Justice ("DOJ"), U.S. Department of Homeland Security ("DHS"), U.S. Department of Defense ("DOD"), U.S. Department of the Army ("Army"), and U.S. Department of the Interior ("DOI")—submit this status report.

1.  DOJ's Office of Information Policy processed Plaintiff's requests on behalf of these DOJ components: the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, and Legislative Affairs. The Office of Information Policy has now finished processing the requests.

2.  By letters dated December 30, 2021, January 31, 2022, February 28, 2022, March 31, 2022, April 29, 2022, May 31, 2022, June 30, 2022, July 29, 2022, August 31, 2022,

September 30, 2022, October 31, 2022, November 29, 2022, December 30, 2022, January 31, 2023, February 28, 2023, March 31, 2023, April 28, 2023, May 31, 2023, June 30, 2023, July 31, 2023, August 31, 2023, September 30, 2023, October 31, November 30, 2023, December 31, 2023, and January 31, 2024, FBI made interim responses and produced responsive records. It plans to make its next interim response in February 2024.

3. DOD's searches are complete. By letters dated July 30, 2021, August 31, 2021, September 30, 2021, November 5, 2021, December 8, 2021, January 24, 2022, February 28, 2022, March 31, 2022, May 2, 2022, May 27, 2022, July 6, 2022, July 29, 2022, September 1, 2022, October 7, 2022, and November 30, 2022, it made interim responses and produced responsive records. DOD has now finished processing the requests.

   a. The National Guard Bureau's preliminary search is complete. It reviewed potentially responsive records, and, on August 31, 2021, September 17, 2021, November 8, 2021, December 20, 2021, February 17, 2022, April 27, 2022, and July 13, 2022, it made interim responses and produced responsive records. NGB made its final response and production on July 13, 2022.

4. Army's preliminary search is complete. By letters dated July 30, 2021, September 17, 2021, November 15, 2021, January 14, 2022, April 28, 2022, October 31, 2022 (6th), November 30, 2022, January 30, 2023, February 27, 2023, March 31, 2023, and April 27, 2023, July 11, 2023, September 11, 2023, September 26, 2023, October 5, 2023, November 9, 2023, and December 11, 2023, Army made interim responses and produced responsive records. Army is processing responsive, non-exempt records and will continue to produce them on a rolling basis, as processing is complete.

5. DHS headquarters has finished its search. By letters dated July 26, 2021, July 28, 2021, and August 24, 2021, it made interim responses and produced responsive records. DHS is currently consulting with other offices on the remaining potentially responsive records that it located; after it finishes the consultation process, DHS will produce responsive records, as appropriate. DHS also referred Plaintiff's request to DHS's Office of Intelligence and Analysis and to the U.S. Secret Service ("Secret Service").[1] *See* Compl. ¶ 44.

   a. By letters dated July 29, 2021, August 31, 2021, October 22, 2021, December 21, 2021, April 3, 2023, and May 24, 2023, the Office of Intelligence and Analysis made interim responses and produced responsive records. DHS is also re-processing a limited number of records, and will release responsive, non-exempt material on a rolling basis as processing is completed.

   b. The Secret Service's search is complete. By letters dated June 29, 2021, July 30, 2021, August 12, 2021, October 12, 2021, January 12, 2022, February 7, 2022, March 10, 2022, May 2, 2022, June 16, 2022, July 25, 2022, September 8, 2022, October 4, 2022, October 18, 2022, November 28, 2022, and January 27, 2023, the Secret Service made interim responses. The Secret Service has concluded its primary search efforts, and continues to process the primary search results, and to make interim releases. Secret Service's secondary search has been completed, and no additional responsive records were located.

6. The U.S. Park Police has now finished processing Plaintiff's request.

7. Plaintiff has separately inquired about searches for potentially responsive text messages by DOD, DHS, and the Secret Service. As noted above, DHS produced responsive,

---

[1] DHS also referred Plaintiff's request to the Federal Protective Service. *See* Compl. ¶ 44. By letter dated March 3, 2021, the Federal Protective Service issued a final response to Plaintiff's request. *See id.* ¶ 48.

3

non-exempt text messages to Plaintiff on May 24, 2023.

8.      The Parties propose that they file a joint status report by April 12, 2024, updating the Court on the status of the case.

Dated: February 12, 2024                           Respectfully submitted,

                                                   BRIAN M. BOYNTON
                                                   Principal Deputy Assistant Attorney General
                                                   ELIZABETH J. SHAPIRO
                                                   Deputy Director
                                                   Federal Programs Branch

                                                   */s/ Lee Reeves*
                                                   LEE REEVES
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L Street, N.W.
                                                   Washington, D.C. 20005
                                                   Telephone: (202) 616-0773
                                                   Facsimile: (202) 616-8460
                                                   Lee.Reeves2@usdoj.gov

                                                   *Counsel for Defendants*

                                                   */s/ Nikhel S. Sus*
                                                   Nikhel S. Sus
                                                   (D.C. Bar No. 1017937)
                                                   Citizens for Responsibility and
                                                   Ethics in Washington
                                                   1331 F Street, NW
                                                   Suite 900
                                                   Washington, DC 20004
                                                   Telephone: (202) 408-5565
                                                   Fax: (202) 588-5020
                                                   nsus@citizensforethics.org

                                                   *Counsel for Plaintiff*