IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, *et al.*, ) ) Defendants. ) ) | Case No. 1:21-cv-572 (RC) |

## JOINT STATUS REPORT

This is a Freedom of Information Act case. *See* Compl. ¶ 1, ECF No. 1. Ten requests are

at issue, and they generally request records related to the events that took place at the U.S.

Capitol on January 6, 2021. *See id.*

Consistent with the Court's November 23, 2021 Minute Order, the Parties—Plaintiff

Citizens for Responsibility and Ethics in Washington and Defendants U.S. Department of Justice

("DOJ"), U.S. Department of Homeland Security ("DHS"), U.S. Department of Defense

("DOD"), U.S. Department of the Army ("Army"), and U.S. Department of the Interior

("DOI")—submit this status report.

1.      DOJ's Office of Information Policy has now finished processing Plaintiff's FOIA

requests.

2.      By letters dated December 30, 2021, January 31, 2022, February 28, 2022, March

31, 2022, April 29, 2022, May 31, 2022, June 30, 2022, July 29, 2022, August 31, 2022,

September 30, 2022, October 31, 2022, November 29, 2022, December 30, 2022, January 31,

2023, February 28, 2023, March 31, 2023, April 28, 2023, May 31, 2023, June 30, 2023, July 31,

1

2023, August 31, 2023, September 30, 2023, October 31, November 30, 2023, December 31, 2023, January 31, 2024, February 29, 2024, March 31, 2024, April 30, 2024, May 31, 2024, June 30, 2024, July 31, 2024, August 31, 2024, and September 30, 2024, the FBI made interim responses and produced responsive records.  The FBI has now finished processing all records other than those sent out to other government agencies (OGAs) as part of the consultation process and has provided Plaintiff with monthly status updates by letters dated October 31, 2024, November 30, 2024, December 31, 2024, January 31, 2025, February 28, 2025, March 31, 2025, April 29, 2025, and May 30, 2025.  The FBI will continue to produce these records to Plaintiff as they are returned to the FBI from the OGAs.

3.    DOD has now finished processing Plaintiff's FOIA requests.

a.    The National Guard has now finished processing Plaintiff's FOIA requests.

4.    Army has now finished processing Plaintiff's FOIA requests.

5.    DHS has now finished processing all records other than those sent out to other government agencies (OGAs) as part of the consultation process.  By response dated August 13, 2025, DHS made a production to Plaintiff involving records that were the subject of OGA consultations.  DHS will continue to produce these records to Plaintiff as they are returned to the DHS from the OGAs.

6.    The U.S. Park Police has now finished processing Plaintiff's requests.

7.    The Parties propose that they file a joint status report by August 12, 2026, updating the Court on the status of the case.

Dated: June 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendants*

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
Citizens for Responsibility and
Ethics in Washington
1331 F Street, NW
Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*